# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUENTIN DEWAYNE JONES, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-15-1237-HE |
| ) | |
| JASON BRYANT, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Quentin Dewayne Jones, a state prisoner appearing *pro se*, brought this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus based on alleged constitutional defects resulting in his state-court conviction. The matter was referred to U.S. Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Judge Erwin recommended the petition be denied, and notified petitioner of his right to file an objection by November 28, 2016. On December 14, 2016, the court granted petitioner's motion for extension of the deadline for objection, and extended the deadline to December 24, 2016.

No objections have been filed. The parties have therefore waived any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #23], a copy of which is attached to this order. The petition for writ of habeas corpus [Doc. #1] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 6th day of January, 2017.

                                        JOE HEATON
                                        CHIEF U.S. DISTRICT JUDGE